IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03348-AP

EVERETT BORDERS,

    Plaintiff,

v.

CAROLYN W. COLVIN[1], Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with the ORDER OF REMAND entered by the Honorable Judge John L. Kane, on June 28, 2013, it is hereby

ORDERED that this civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Accordingly, final judgment is hereby entered in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

Plaintiff may have his costs upon the filing of a Bill of Costs within fourteen days of the court's order.

DATED at Denver, Colorado this 28th day of June, 2013.

    FOR THE COURT,

    JEFFREY P. COLWELL, Clerk

    By: s/ Edward P. Butler
    Edward P. Butler, Deputy Clerk

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin, who as of Feb. 14, 2013 has been named as the Acting Commissioner, is automatically substituted for Michael J. Astrue as the defendant in this suit.